Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Carol K. Shieh, Esq. (SBN 304440)
cshieh@nfclegal.com
**NUKK-FREEMAN & CERRA**
550 W B Street, 4th Floor
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

*Attorneys for Gold's Gym California, LLC*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLD'S GYM CALIFORNIA, LLC, a Delaware limited liability company and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01752-KJM-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

Plaintiff DANIEL CERVANTES ("Plaintiff") and Defendant GOLD'S GYM CALIFORNIA, LLC, ("Defendant") (collectively referred to as the "Parties"), by and through their attorneys of record in this case, hereby stipulate and agree as follows:

**WHEREAS,** Plaintiff filed the initial Complaint on September 24, 2021 [ECF No. 1] and served the Complaint on September 30, 2021;

**WHEREAS,** Defendant's response to Plaintiff's Complaint is due October 21, 2021;

/ / /

/ / /

**WHEREAS,** Good cause exists for the additional time as the Parties are engaging in settlement negotiations before continuing in the litigation process to avoid the expense and burden of litigation;

**WHEREAS,** the Parties have agreed to extend Defendant's responsive pleading deadline, without waiving any defenses, rights, or objections that may be raised in the responsive pleading.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel of record, that Defendant's responsive pleading due date shall be extended from October 21, 2021, to November 18, 2021. All defenses, rights, or objections that may be raised in the responsive pleading are preserved.

**IT IS SO STIPULATED.**

Dated:  October 18, 2021                **WILSHIRE LAW FIRM**

By:  */s/ Thiago Coelho (as authorized on October 15, 2021)*
Thiago Coelho (SBN 324715)
Jasmine Behroozan (SBN 32576)
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel. 213.381.9988
Fax 213.381.9989
thiago@wilshirelawfirm.com

*Attorneys for Plaintiff and
the Proposed Class*

**[ADDITIONAL SIGNATURES ON NEXT PAGE]**

| | | |
|---|---|---|
| 1 | Dated:  October 15, 2021 | **NUKK-FREEMAN & CERRA** |

By: */s/ Stacy L. Fode*
Stacy L. Fode (SBN 199883)
Carol K. Shieh, Esq. (SBN 304440)
550 W B Street, 4th Floor
San Diego, CA 92101
Tel. 619.292.0515
Fax 619.566.4741
sfode@nfclegal.com

*Attorneys for Defendant*

ORDER

The court, having considered the parties stipulation to extend defendant's deadline to file a responsive pleading to plaintiff's complaint, adopts the stipulation. Defendant's deadline shall be extended to November 18, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 5.

DATED: October 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE